October 23, 1981.

438 A.2d 643

Commonwealth v. Dean, Appellant.

Petition for Allowance of Appeal Denied May 3, 1982.

 Submitted December 4, 1980. Barry H. Denker, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and HOFFMAN, JJ.

The judgment of sentence of the lower court is hereby affirmed.